UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-00088-D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER TO SEAL** |
| KEVIN ANDRE BRYANT | |

On motion of the Defendant, Kevin Andre Bryant, and for good cause shown, it is hereby

ORDERED that [DE 33] be sealed until otherwise ordered by the Court, except that copies may

be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This _18_ day of _October_, 2022.

_A. Dever_
JAMES C. DEVER III
United States District Judge