UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-00088-D-1

| UNITED STATES OF AMERICA | **ORDER TO SEAL** |
|---|---|
| v. | |
| KEVIN ANDRE BRYANT | |

On motion of the Defendant, Kevin Andre Bryant, and for good cause shown, it is hereby ORDERED that DE 109 be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This __5__ day of August, 2024.

JAMES C. DEVER III
United States District Judge