# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:22-CR-88-D

UNITED STATES OF AMERICA, )
)
)
)
v. )    **ORDER**
)
KEVIN ANDRE BRYANT, )
)
Defendant. )

The United States MUST respond to defendant's motion for compassionate release [D.E. 117] not later than April 17, 2025.

SO ORDERED. This 4 day of March, 2026.

JAMES C. DEVER III
United States District Judge