IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-88-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEVIN ANDRE BRYANT, | ) | |
| | ) | |
| Defendant. | ) | |

On August 20, 2024, this court entered a comprehensive order denying defendant's motion for compassionate release [D.E. 116]. On March 14, 2025, defendant again moved for compassionate release and admitted that "[n]othing has changed" since his last motion. [D.E. 117] 6. Defendant seeks compassionate release because his attorney failed to "rebut any and all facts the prosecution gave in response to the original motion." Id. On April 17, 2026, the United States responded in opposition [D.E. 123].

As the United States' response makes clear and as defendant admits, nothing has changed since defendant's last motion. For the reasons given in this court's order of August 20, 2024, and the reasons given in the United States' response in opposition, the court again DENIES defendant's motion for compassionate release [D.E. 117].

SO ORDERED. This 8 day of June, 2026.

JAMES C. DEVER III
United States District Judge